1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

7

8

              UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 RICHARD BOWLES; SAMUEL            Case No. CV 07 6328 JCS
   CANTEY; LUTHER CAULDER;
13 JERLEAN CONWAY; ROBERT COX;       DEMAND FOR JURY TRIAL
   HAROLD DUREN; ROGER INGRAM;
14 ANN MCGARY; ALAN ORLOMOSKI;
   INEZ ORTIZ; MARLINE RANDALL; and
15 BETTY WITHROW,

16              Plaintiffs,

17        v.

18 SMITHKLINE BEECHAM
   CORPORATION d/b/a
19 GLAXOSMITHKLINE and McKESSON
   CORPORATION,
20
                Defendants.
21

22        Defendants SMITHKLINE BEECHAM CORPORATION d/b/a

23 GLAXOSMITHKLINE and McKESSON CORPORATION hereby demand trial by jury

24 in this action.

25

26

27

28

| | |
|---|---|
| Dated: December 13, 2007 | DRINKER BIDDLE & REATH LLP |
| | /s/ Krista L. Cosner |
| | KRISTA L. COSNER |
| | Attorneys for Defendants<br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392987\1

DEMAND FOR JURY TRIAL

2

CASE NO.