DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BOWLES; SAMUEL CANTEY; LUTHER CAULDER; JERLEAN CONWAY; ROBERT COX; HAROLD DUREN; ROGER INGRAM; ANN MCGARY; ALAN ORLOMOSKI; INEZ ORTIZ; MARLINE RANDALL; and BETTY WITHROW,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**<br>**[F.R.C.P. 7.1]** |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

1
2  Dated: December 13, 2007                    DRINKER BIDDLE & REATH LLP
3
4                                              _____
                                               KRISTA L. COSNER
5
                                               Attorneys for Defendants
6                                              SMITHKLINE BEECHAM
                                               CORPORATION d/b/a
7                                              GLAXOSMITHKLINE and McKESSON
                                               CORPORATION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28