**[PROPOSED] ORDER**

Having read and considered all arguments made in the above matter, and having decided that based on all moving papers and arguments that no diversity and no federal question exists in this case, it is hereby ordered that this case be remanded to the Superior Court of San Francisco.

_____          _____
Dated                                            Honorable