1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12 RICHARD BOWLES; SAMUEL            Case No. 6328
   CANTEY; LUTHER CAULDER;
13 JERLEAN CONWAY; ROBERT COX;       **DISCLOSURE STATEMENT OF**
   HAROLD DUREN; ROGER INGRAM;       **McKESSON CORPORATION**
14 ANN MCGARY; ALAN ORLOMOSKI;       **[F.R.C.P. 7.1]**
   INEZ ORTIZ; MARLINE RANDALL; and
15 BETTY WITHROW,

16                 Plaintiffs,

17          v.

18 SMITHKLINE BEECHAM
   CORPORATION d/b/a
19 GLAXOSMITHKLINE and McKESSON
   CORPORATION,
20
                   Defendants.
21

22     The undersigned, counsel of record for Defendant McKESSON CORPORATION

23 furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

24     McKESSON CORPORATION, a publicly traded company, is the ultimate parent

25 corporation, through several levels of wholly owned subsidiaries, of defendant,

26 McKESSON CORPORATION. No publicly held company owns ten percent or more of

27 the stock of McKESSON CORPORATION.

28

| | |
|---|---|
| Dated: December 13, 2007 | DRINKER BIDDLE & REATH LLP<br><br>*/s/ Krista L. Cosner*<br>KRISTA L. COSNER<br><br>Attorneys for Defendants<br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION |