DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BOWLES; SAMUEL CANTEY; LUTHER CAULDER; JERLEAN CONWAY; ROBERT COX; HAROLD DUREN; ROGER INGRAM; ANN MCGARY; ALAN ORLOMOSKI; INEZ ORTIZ; MARLINE RANDALL; and BETTY WITHROW,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br>**[CIV. L.R. 3-13]** |

Pursuant to Civil L.R. 3-13, defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson") submit the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, directing that then-pending Avandia®-related cases be transferred and

coordinated for pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C. §1407. To date, nearly 33 cases have been transferred to MDL 1871, and transfers of additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL 1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court stay this action, pending a decision on transfer by the JPML, to achieve judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

GSK removed to this Court, the following actions, several of which have been conditionally transferred to MDL 1871, entitled:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5886 MHP, Judge Marilyn H. Patel, conditionally transferred to MDL 1871 on December 4, 2007;

2. *Fisher, George v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5889 MHP, Judge Marilyn H. Patel, conditionally transferred to MDL 1871 on December 4, 2007;

3. *Hall, James v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5887 MHP, Judge Marilyn H. Patel, conditionally transferred to MDL 1871 on December 4, 2007;

4. *Hefner, Rose et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* United States District Court for the Northern District of California, Case No. CV-07-6050 JL, Judge James Larson, request for transfer to MDL 1871 pending;

5. *Jefferson, James v. SmithKline Beecham Corporation d/b/a*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392991\1

*GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5888 MHP, Judge Marilyn H. Patel, conditionally transferred to MDL 1871 on December 4, 2007;

6. *Thornton, Hector v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5890 MHP, Judge Marilyn H. Patel, conditionally transferred to MDL 1871 on December 4, 2007;

7. *Upshaw, Ivan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5891 MHP, Judge Marilyn H. Patel, conditionally transferred to MDL 1871 on December 4, 2007.

Please take note that, in addition to MDL 1871, the following state court actions also allege marketing, sales practice and/or product liability claims against SmithKline Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug Avandia:

1. *Hunter, Raymond v. GlaxoSmithKline et al.*, Court of Common Pleas, Philadelphia County, No. 000574;

2. *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC*, Court of Common Pleas, Philadelphia County, No.004897;

3. *Lloyd, Linda, Lloyd, Michael (Estate of) v. Smithkline Beecham Corporation d/b/a GlaxoSmithKline*, Third Judicial Circuit, Salt Lake County, Utah, Case No. 070913924;

4. *Mussman, Gustave; Mussman, Donna v. GlaxoSmithKline, PLC, and GlaxoSmithKline USA*, Court of Common Pleas, Philadelphia County, No. 001073;

5. *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of Common Pleas, Philadelphia County, No. 001670;

6. *Perrenot, Preseton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454; and

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392991\1

NOTICE OF PENDENCY OF OTHER ACTION

3

CASE NO.

7.  *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002457.

Dated: December 13, 2007

DRINKER BIDDLE & REATH LLP

_____
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION