DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BOWLES; SAMUEL CANTEY; LUTHER CAULDER; JERLEAN CONWAY; ROBERT COX; HAROLD DUREN; ROGER INGRAM; ANN MCGARY; ALAN ORLOMOSKI; INEZ ORTIZ; MARLINE RANDALL; and BETTY WITHROW,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. 07 6328<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br>[CIV. L.R. 3-12 and 7-11] |

Pursuant to Civil L.R. 3-12 and 7-11, Defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION (collectively, the "Defendants"), by and through counsel, hereby request a determination that this action is related to the following actions, which were removed to this Court, deemed related and transferred before the Honorable Marilyn H. Patel. Defendants have or will be requesting transfer to MDL 1871, *In re Avandia Marketing, Sales Practices*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED    CASE NO.

*and Products Liability Litigation*, United States District Court for the Eastern District of Pennsylvania. Each of the following actions alleges personal and/or economic injuries related to the use of the prescription drug Avandia®:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5886 MHP, Judge Marilyn H. Patel;

2. *Fisher, George v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5889 MHP, Judge Marilyn H. Patel;

3. *Hall, James v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5887 MHP, Judge Marilyn H. Patel;

4. *Hefner, Rose et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*; United States District Court for the Northern District of California, Case No. CV-07-6050 JL, Judge James Larson, request for relation pending;

5. *Jefferson, James v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5888 MHP, Judge Marilyn H. Patel;

6. *Thornton, Hector v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5890 MHP, Judge Marilyn H. Patel;

7. *Upshaw, Ivan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation*, United States District Court for the Northern District of California, Case No. CV 07 5891 MHP, Judge Marilyn H. Patel.

///
///
///