1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 RICHARD BOWLES; SAMUEL                  Case No. CV-07-6328 JCS
   CANTEY; LUTHER CAULDER;
13 JERLEAN CONWAY; ROBERT COX;             (Pending Ruling on Motion to Relate Cases)
   HAROLD DUREN; ROGER INGRAM;
14 ANN MCGARY; ALAN ORLOMOSKI;             **DECLARATION OF KRISTA L.
   INEZ ORTIZ; MARLINE RANDALL; and        COSNER IN SUPPORT OF MOTION
15 BETTY WITHROW,                          BY DEFENDANT SMITHKLINE
                                           BEECHAM CORPORATION d/b/a
16              Plaintiffs,                GLAXOSMITHKLINE TO STAY ALL
                                           PROCEEDINGS PENDING TRANSFER
17      v.                                 BY THE JUDICIAL PANEL ON
                                           MULTIDISTRICT LITIGATION TO
18 SMITHKLINE BEECHAM                      MDL 1871 (E.D. PA)**
   CORPORATION d/b/a
19 GLAXOSMITHKLINE and McKESSON            DATE:         January 18, 2008
   CORPORATION,                            TIME:         9:30 a.m.
20                                         COURTROOM: A
                Defendants.                JUDGE:        Mag. Joseph C. Spero
21

22

23 PENDING RULING IN THIS CASE ON MOTION TO RELATE CASES, THIS

24 DOCUMENT RELATES TO THE FOLLOWING CASES:

25      *Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

26 *McKesson Corporation;* Case No. CV-07-5886 MHP.

27      *Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393054\1    DECLARATION OF KRISTA L. COSNER ISO MOTION TO STAY ALL PROCEEDINGS    CASE NO. CV-07-6328 JCS.

1  *Corporation;* Case No. CV-07-5887 MHP.

2  *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3  *McKesson Corporation;* Case No. CV-07-5888 MHP.

4  *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5  *Corporation;* Case No. CV-07-5889 MHP.

6  *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7  *McKesson Corporation;* Case No. CV-07-5890 MHP.

8  *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9  *McKesson Corporation;* Case No. CV-07-5891 MHP.

10  *Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
11  *McKesson Corporation;* Case No. CV-07-6050 JL.

## DECLARATION OF KRISTA L. COSNER

I, KRISTA L. COSNER, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") in this action. I make this Declaration based on my personal knowledge, in support of Defendant GSK's Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D. PA) in the above-captioned matter. I would and could competently testify to the matters stated in this Declaration if called as a witness.

///
///
///
///
///
///
///

1      2.    A true and accurate copy of the Judicial Panel on Multidistrict Litigation's Transfer Order, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**

4      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of December, 2007 in San Francisco, California.

/S/
KRISTA L. COSNER