DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BOWLES; SAMUEL CANTEY; LUTHER CAULDER; JERLEAN CONWAY; ROBERT COX; HAROLD DUREN; ROGER INGRAM; ANN MCGARY; ALAN ORLOMOSKI; INEZ ORTIZ; MARLINE RANDALL; and BETTY WITHROW,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV-07-6328 JCS<br><br>(Pending Ruling on Motion to Relate Cases)<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL 1871 (E.D. PA)**<br><br>**DATE:** **January 18, 2008**<br>**TIME:** **9:30 a.m.**<br>**COURTROOM: A**<br>**JUDGE:** **Mag. Joseph C. Spero** |

PENDING RULING IN THIS CASE ON MOTION TO RELATE CASES, THIS

DOCUMENT RELATES TO THE FOLLOWING CASES:

*Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

*Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

*Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and

1    *McKesson Corporation;* Case No. CV-07-5888 MHP.

2    *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*

3    *Corporation;* Case No. CV-07-5889 MHP.

4    *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

5    *McKesson Corporation;* Case No. CV-07-5890 MHP.

6    *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

7    *McKesson Corporation;* Case No. CV-07-5891 MHP.

8    *Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

9    *McKesson Corporation;* Case No. CV-07-6050 JL.

## ORDER

On January 18, 2008 Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE's ("GSK") Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D. PA) came for hearing in Courtroom A of this Court. All parties were given notice and an opportunity to be heard, and each party was represented at the hearing by its counsel of record. Having reviewed all of the papers and admissible evidence filed in support of and in opposition to the motion and for good cause appearing:

IT IS HEREBY ORDERED THAT GSK's motion is **GRANTED**. The Court hereby orders a stay of: (a) all pretrial activity in this case, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of this case by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), of the

///
///
///
///
///
///

1  resulting action against GSK to *In re Avandia Products Liability Litigation,* MDL No.
2  1871, pending before the Honorable Cynthia M. Rufe in the United States District Court
3  for the Eastern District of Pennsylvania.
4
5  **IT IS SO ORDERED.**
6
7
8
   _____
9  Date                                              JUDGE