DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Case No. 3:07-cv-06328-JCS

RICHARD BOWLES, ET AL.          :
                                :   DECLARATION OF
Plaintiff,                      :   DAVID C. ANDERSEN IN
                                :   SUPPORT OF
                                :   PLAINTIFFS' MOTION
                                :   FOR REMAND AND
                                :   SUPPORTING
                                :   MEMORANDUM
v.                              :
                                :
                                :
SMITHKLINE BEECHAM              :
CORPORATION                     :
d/b/a GLAXOSMITHKLINE and       :
MCKESSON CORPORATION            :
                                :
Defendants                      :

I, DAVID C. ANDERSEN, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

1  to Defendants' Motion to Stay.  I would and could competently testify to the matters stated in this

2  Declaration if called as a witness.

3        I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.  Executed on this 15th day of December, 2007, in Orange, Virginia.

8  Dated: December 15, 2007        Respectfully submitted,

11                         _____/s/_____
12                         David C. Andersen (Bar No. 194095)
13                         THE MILLER FIRM, LLC
14                         Attorneys for Plaintiff
15                         108 Railroad Avenue
16                         Orange, VA 22960
17                         Phone: (540) 672-4224
18                         Fax: (540) 672-3055
19                         Email:dandersen@doctoratlaw.com