1 DONALD F. ZIMMER, JR. (State Bar No. 112279)
2 KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
3 50 Fremont Street, 20th Floor
San Francisco, California  94105
4 Telephone: (415) 591-7500
Facsimile: (415) 591-7510

5 Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
6 GLAXOSMITHKLINE and McKESSON
7 CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICHARD BOWLES; SAMUEL CANTEY; LUTHER CAULDER; JERLEAN CONWAY; ROBERT COX; HAROLD DUREN; ROGER INGRAM; ANN MCGARY; ALAN ORLOMOSKI; INEZ ORTIZ; MARLINE RANDALL; and BETTY WITHROW, | Case No.  CV-07-6328 JCS |
|---|---|
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to

a United States Magistrate Judge for trial and disposition and hereby requests the

///

///

///

1 | reassignment of this case to a United States District Judge.

Dated: December 28, 2007

DRINKER BIDDLE & REATH LLP

/S/
_____
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION