DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD BOWLES; SAMUEL CANTEY; LUTHER CAULDER; JERLEAN CONWAY; ROBERT COX; HAROLD DUREN; ROGER INGRAM; ANN MCGARY; ALAN ORLOMOSKI; INEZ ORTIZ; MARLINE RANDALL; and BETTY WITHROW, <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br> Defendants. | Case No. CV-07-6328 MHP <br><br> **DECLARATION OF KRISTA L. COSNER IN SUPPORT OF MOTION BY DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL 1871 (E.D. PA)** <br><br> DATE:         February 25, 2008 <br> TIME:          2:00 p.m. <br> COURTROOM: 15 <br> JUDGE:        Marilyn H. Patel |

**DECLARATION OF KRISTA L. COSNER**

I, KRISTA L. COSNER, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") in this action. I make this Declaration based on my personal knowledge, in support of Defendant GSK's Motion to Stay All Proceedings Pending Transfer by the Judicial Panel

1  on Multidistrict Litigation to MDL 1871 (E.D. PA) in the above-captioned matter. I
2  would and could competently testify to the matters stated in this Declaration if called as a
3  witness.
4      2.     A true and accurate copy of the Judicial Panel on Multidistrict Litigation's
5  Transfer Order, *In re Avandia Marketing, Sales Practices and Products Liability*
6  *Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**
7      I declare under penalty of perjury under the laws of the United States of America that
8  the foregoing is true and correct. Executed on this 14th day of January, 2008 in San
9  Francisco, California.

                               /S/    Krista L. Cosner
                               KRISTA L. COSNER