1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DOROTHY BONE, | Case Nos: |
|---|---|
| Plaintiff, | CV-07-5886 MHP |
| | CV-07-5887 MHP |
| v. | CV-07-5888 MHP |
| | CV-07-5889 MHP |
| SMITHKLINE BEECHAM | CV-07-5890 MHP |
| CORPORATION d/b/a | CV-07-5891 MHP |
| GLAXOSMITHKLINE and McKESSON | CV-07-6328 MHP |
| CORPORATION, | CV-07-6050 MHP |
| Defendants. | **STIPULATION AND [PROPOSED} ORDER TO STAY ALL PROCEEDINGS** |
| ***And Related Actions As Listed*** | |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

*Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-6328 MHP

*Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

*Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

1   *McKesson Corporation;* Case No. CV-07-6050 MHP
2       *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3   *McKesson Corporation;* Case No. CV-07-5888 MHP.
4       *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5   *Corporation;* Case No. CV-07-5889 MHP.
6       *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7   *McKesson Corporation;* Case No. CV-07-5890 MHP.
8       *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9   *McKesson Corporation;* Case No. CV-07-5891 MHP

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that there will be a stay of: (a) all pretrial activity in these cases, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

IT IS SO STIPULATED:

| | |
|---|---|
| /S/ David C. Anderson | /S/ Krista L. Cosner |
| David C. Andersen (Bar No. 194095) | Donald F. Zimmer, Jr. (Bar No. 112279) |
| Kristina M. Gigstad | Krista L. Cosner (Bar No. 213338) |
| THE MILLER FIRM, LLC | DRINKER BIDDLE & REATH LLP |
| 108 Railroad Avenue | 50 Fremont Street, 20th Floor |
| Orange, VA 22960 | San Francisco, CA 94105-2235 |
| Counsel for Plaintiffs | Sean P. Fahey (Pa. Bar No. 73305) |
| | PEPPER HAMILTON, LLP |
| | 3000 Two Logan Square |
| | 18th & Arch Streets |
| | Philadelphia, PA 19103 |
| | Counsel for Defendant |
| | SmithKline Beecham Corporation |
| | d/b/a GlaxoSmithKline |

Pursuant to stipulation, IT IS SO ORDERED:

Dated: January __, 2008

_____
Hon. Marilyn H. Patel
United States District Court, Northern District of California